## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 1 8 2019

JAMES N. HATTEN, Clerk
By: ~~~~~~~ Deputy Clerk

EVOL NUTRITION ASSOCIATES,    *
INC.,    *
   *
     Plaintiff,    *
   *
     v.    *      1:17-CV-01572-ELR
   *
SUPPLEMENT CENTER, LLC,    *
and KENNETH AFFOLTER,    *
   *
     Defendants.    *
   *

## O R D E R

Presently before the Court are Plaintiff's Motion to Reopen Case and for Contempt Sanctions [Doc. 44] as well as Defendants' Motion to Vacate Consent Judgment [Doc. 52] and Motion for Oral Argument. [Doc. 54]. Upon review, the Court **REOPENS** this case and **GRANTS** Defendants' Motion for Oral Argument [Doc. 54]. The Court **SCHEDULES** a hearing regarding the remaining motions for **Tuesday, July 9, 2019, at 10:00 A.M.** in Courtroom 1708, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia. At the hearing, the Court will hear argument and testimony concerning Plaintiff's request for contempt and Defendants' request to vacate the consent judgment.

Because the Court schedules a hearing for Tuesday, July 9, 2019, the Court sets the following briefing schedule for Defendants' Motion to Vacate Consent Judgment: if Plaintiff intends to respond to Defendants' motion, Plaintiff must file a response on the docket by June 28, 2019.  Defendants will have until July 8, 2019, at 9:00 A.M. to file a reply brief.  All filings must conform to the Local Rules of this Court.

The Court **DIRECTS** the Parties to jointly submit, within fourteen (14) days from the date of entry of this order, a joint proposed schedule of the hearing setting forth how much time is requested by each party for testimony and argument.

**SO ORDERED**, this _18th_ day of June, 2019.

Eleanor L. Ross
United States District Judge
Northern District of Georgia